orari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. James S. Y. Ivins* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.

No. 109. SWASTIKA OIL & GAS CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Harry C. Kinne* and *Michael J. Sporrer* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch,* and *Miss Louise Foster* for respondent.

No. 110. RICHARDSON, TRUSTEE, ET AL. *v.* BLUE GRASS MINING CO. ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Bailey P. Wootton* and *H. C. Faulkner* for petitioners. *Mr. Simeon S. Willis* for respondents.

No. 111. MAY DEPARTMENT STORES CO. *v.* REYNOLDS. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Richard S. Bull* for petitioner. *Mr. Jesse W. Barrett* for respondent.

No. 112. CHESTER C. FOSGATE CO. *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles O. Andrews, Jr.* for petitioner. *Solicitor*

640

*General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch, Bernard Chertcoff,* and *Archibald Cox* for the United States.

No. 114. MCCARTHY, DOING BUSINESS AS HERCULES SUPPLY CO., ET AL. *v.* WYNNE ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. John M. Miley* for petitioners. *Mr. Rayburn L. Foster* for respondents.

No. 116. NIESCHLAG & CO., INC. *v.* ATLANTIC MUTUAL INSURANCE CO. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Harold T. Edwards* and *Charles A. Ellis* for petitioner. *Messrs. J. M. Richardson Lyeth* and *Mark W. Maclay* for respondent.

No. 117. SUMMERS ET AL. *v.* PURCELL ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Collins Denny, Jr.* for petitioners. *Messrs. J. Morgan Stevens, Walter McElreath, J. T. Jaynes,* and *Orville A. Park* for respondents.

No. 118. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ESTATE OF DAVIES ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Solicitor General Fahy* for petitioner. *Mr. John L. Davies, Sr.* for respondents.